07-22214.or2

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22214-CIV-COOKE-BROWN

CAROL PETRUSKY,

     Plaintiff,

vs.

BOSTIC STEEL, INC., et al,

     Defendants.
_____/

## ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT

**This matter** is before this Court on Joint Motion to Approve Settlement and to Dismiss With Prejudice, filed (originally) January 23, 2008. The Court has considered the motion and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". <u>Id</u> at 1353.

The Settlement Agreement says that defendant will pay plaintiff $25,000.00 and fees to counsel of $10,000.00 inclusive of costs. Counsel is reducing his fee, which is admirable. There is one missing ingredient. The Court is unable to evaluate the fairness of the settlement without knowing what it is plaintiff claimed.

The motion states she sought overtime...for how many hours...at what rate? It claims she was not paid at all for a (approximate) three week period...how much. In terms of evaluating the fairness of the settlement, it she's claiming a total of, for example, $25,500.00 - the evaluation's

pretty easy.  On the other hand, if her claim if for six figures that's a different story. In short, the parties have not given this Court enough to allow it to "scrutinize the settlement for fairness".

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**  that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of February 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
       Counsel of record